**FILED**
**DECEMBER 14, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| F.A.Y. PROPERTIES, INC., an Illinois corporation | ) ) ) ) | |
| Plaintiff | ) ) | **07 C 7045** |
| v. | ) ) ) ) | **JUDGE GRADY** **MAGISTRATE JUDGE COX** |
| R.J. REYNOLDS SMOKE SHOP, Inc., a Delaware Corporation, of itself and doing business as MARSHALL MCGEARTY TOBACCO ARTISANS; and R.J. REYNOLDS TOBACCO COMPANY, a North Carolina corporation | ) ) ) ) ) ) ) | |
| Defendants | ) | |

Case No.

## NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT FOR F.A.Y. PROPERTIES, INC.

The undersigned counsel of record for Plaintiff F.A.Y. Properties, Inc. ("F.A.Y. Properties"), in compliance with Local Rule 3.2, states that General Auto Service Station, LLC, an Illinois limited liability company, is the sole stockholder of F.A.Y. Properties.

Respectfully submitted,

s/ Thomas E. Baltz
Thomas E. Baltz #623239
GREY, GREY & BALTZ, P.C
Counsel for Plaintiff F.A.Y. Properties, Inc.
11 South LaSalle, Ste. 1320
Chicago, IL 60603
(312) 782-2610