**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| F.A.Y. PROPERTIES, INC., | ) | |
| an Illinois corporation | ) | |
| | ) | |
| Plaintiff/Counterdefendant | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  07 C 7045 |
| | ) | |
| | ) | |
| R.J. REYNOLDS SMOKE SHOP, INC., a | ) | |
| Delaware Corporation, of itself and doing business | ) | |
| as MARSHALL MCGEARTY TOBACCO | ) | |
| ARTISANS; and R.J. REYNOLDS TOBACCO | ) | |
| COMPANY, a North Carolina corporation | ) | |
| | ) | |
| Defendants/Counterplaintiffs | ) | |

**NOTICE OF MOTION**

To:    Counsel on the Attached Certificate of Service

    Please take notice that on Wednesday, March 12, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff F.A.Y. Properties, Inc. will appear before the Honorable John F. Grady, Room 2201, or any judge sitting in his stead, in the courtroom usually occupied by him at the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion to Reschedule Pretrial Conference, a copy of which is hereby served upon you.

March 6, 2008                                 Respectfully submitted,


                                              s/ Thomas E. Baltz
                                              Thomas E. Baltz #623239
                                              GREY, GREY & BALTZ, P.C
                                              Counsel for Plaintiff F.A.Y. Properties, Inc.
                                              11 South LaSalle, Ste. 1320
                                              Chicago, IL 60603
                                              (312) 782-2610

1