# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7045 | **DATE** | April 10, 2008 |
| **CASE TITLE** | FAY Properties v. RJ Reynolds | | |

**DOCKET ENTRY TEXT**

Rule 16 conference held in chambers. This is a landlord tenant case in which the defendant tenant, R.J. Reynolds, did not take possession of the commercial property on which it had entered into a five year lease. Whether there were any grounds for breaking the lease is at this point not the focus of the parties' discussions, since it appears that both sides agree the case should be settled. The plaintiff's demand is substantial, but so is the defendant's offer, and the court is optimistic that the parties will be able to resolve this dispute at an early date. The court points out the obvious fact that, considering the fee-shifting provision of the lease, it would not be a bad idea to settle the case as soon as possible. A further status conference will be held on May 14, 2008 at 11:00 a.m.

_____ [ For further details see text below.]

Docketing to mail notices.

:00

**STATEMENT**