

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| F.A.Y. PROPERTIES, INC., an Illinois corporation<br><br>        Plaintiff/Counterdefendant<br><br>v.<br><br>R.J. REYNOLDS SMOKE SHOP, INC., a Delaware Corporation, of itself and doing business as MARSHALL MCGEARTY TOBACCO ARTISANS; and R.J. REYNOLDS TOBACCO COMPANY, a North Carolina corporation<br><br>        Defendants/Counterplaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 07 C 7045<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

The parties, by their respective counsel of record, hereby agree and stipulate to dismiss the above-referenced action in its entirety with prejudice, pursuant to settlement, with each party to bear its own costs and fees.

Dated: June 25, 2008

                                      Respectfully submitted,

                                      By: _____
                                      Mr. Barack S. Echols
                                      Mr. Christopher J. Esbrook
                                      Kirkland & Ellis LLP
                                      200 East Randolph Drive
                                      Chicago, IL 60601
                                      Counsel for Defendants/Counterplaintiffs

                                      By: _____
                                      Thomas E. Baltz
                                      Grey, Grey & Baltz, P.C.
                                      11 South LaSalle Street
                                      Suite 1320
                                      Chicago, Illinois 60603
                                      Counsel for Plaintiff/Counterdefendant

[FILED stamp: JUN 25 2008, JUDGE JOHN F. GRADY, United States District Court]