Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7045 | **DATE** | 6/25/2008 |
| **CASE TITLE** | F.A.Y. Properties, Inc. Vs. R.J. Reynolds Smoke Shop, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Pursuant to stipulation of dismissal, this case is dismissed in its entirety with prejudice, pursuant to settlement, with each party to bear its own costs and fees. Enter order of dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5



| | Courtroom Deputy Initials: | JD |
|---|---|---|