UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| F.A.Y. PROPERTIES, INC., an Illinois corporation<br><br>　　　　Plaintiff/Counterdefendant<br><br>v.<br><br>R.J. REYNOLDS SMOKE SHOP, INC., a Delaware Corporation, of itself and doing business as MARSHALL MCGEARTY TOBACCO ARTISANS; and R.J. REYNOLDS TOBACCO COMPANY, a North Carolina corporation<br><br>　　　　Defendants/Counterplaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07 C 7045<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER OF DISMISSAL

By stipulation of the parties herein, the Court hereby dismisses this action in its entirety with prejudice, pursuant to settlement, with each party to bear its own costs and fees.

Dated: 6/25/08

Honorable John F. Grady
United States District Court Judge